## (September 17, 1979)

■ CHARLES AGIUS et al., Respondents, v RONALD PARR, Appellant, et al., Defendants.—Appeal by defendant from an order of the Supreme Court, Suffolk County, dated December 20, 1977, which denied defendant Ronald Parr's motion "to renew and reargue" plaintiffs' motion for summary judgment. Appeal dismissed, with $50 costs and disbursements. We consider the motion, on which the order appealed from is predicated, a motion for reargument. An order denying such motion is not appealable (see *Masciotti v A. A. Truck Renting Corp.,* 47 AD2d 532). Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.

■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, as Subrogee of LAURENCE R. GREENBERG, Respondent, v HEARTLAND HOLDING CORPORATION, Defendant and Third-Party Plaintiff. JAMES J. DI FIORE et al., Third-Party Defendants-Appellants.—Appeal from an order of the Supreme Court, Nassau County, entered May 16, 1978, which granted plaintiff's motion for leave to serve an amended complaint naming the third-party defendants as defendants in the main action. Order affirmed, with $50 costs and disbursements. We hold that the court did not improperly exercise its discretion in granting leave to serve an amended complaint. We do not reach the merits of the causes of action alleged. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.